Andrew F. Pierce (SBN 101889)
Scott A. Berman (SBN 191460)
PIERCE & SHEARER LLP
2483 E. Bayshore Road, Suite 202
Palo Alto, California 94303
Telephone: (650) 843-1900
Facsimile: (650) 843-1999

Attorneys for Plaintiff
NICK DELEO

FILED
08 MAR 21 PM 3:17
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

NICK DELEO, an individual,

    Plaintiff,

v.

AMERICAN YACHT TRANSPORT LLC, a Florida limited liability corporation, and DOES 1 through 10, inclusive,

    Defendants.

Case No. '08 CV 534 - W JMA

COMPLAINT FOR DAMAGES

Plaintiff NICK DELEO brings the following claims against Defendants AMERICAN YACHT TRANSPORT LLC, a Florida limited liability corporation, and DOES 1 through 10:

## INTRODUCTION AND OVERVIEW

1. Nick Deleo ("DeLeo") brings this action under the Carmack Amendment to the Interstate Commerce Act, 49 U.S.C §§ 14706, *et seq.*, against American Yacht Transport LLC ("American Yacht"), a motor carrier, for the damage American Yacht caused to DeLeo's vessel during transportation of the vessel from Florida to California. DeLeo seeks all remedies available under the law, including without limitation, damages, cost of repair, loss of use, attorney's fees, interest, punitive damages, and costs.

## JURISDICTION AND VENUE

2. This court has original federal question jurisdiction under 28 U.S.C. § 1331, as this action is brought under the Carmack Amendment to the Interstate Commerce Act, 49 U.S.C §§ 14706, *et seq.* and DeLeo seeks damages in excess of the jurisdictional threshold of $10,000, exclusive of costs and interest, pursuant to 28 U.S.C. § 1337(a).

3. The claims asserted herein arose in this judicial district and all Defendants do business in this judicial district. Venue in this judicial district is proper under 28 U.S.C. § 1391(b) in that this is the judicial district in which a substantial part of the acts and omissions given rise to the claims occurred.

## PARTIES

### The Plaintiff

4. Plaintiff NICK DELEO ("Deleo") is, and at all relevant times, was an individual residing in California.

### The Defendant

5. Defendant AMERICAN YACHT TRANSPORT LLC ("American Yacht" or "Defendant") is, and at all times herein mentioned was, a limited liability corporation incorporated in the State of Florida with its principal place of business in Florida, in the business of interstate shipping and providing transportation services.

6. DeLeo is ignorant of the true names and capacities of defendants sued herein as Does 1 through 10 inclusive and therefore sues these defendants by such fictitious names. DeLeo will amend this complaint to allege their true names and capacities when ascertained.

7. DeLeo is informed and believes and therefore alleges that at all times herein relevant, each of the defendants was the agent, servant and employee of each of the remaining defendants, and each was acting within the course and scope of such agency and employment or as a principal and with the express knowledge, permission and/or consent of each of the defendants by reason of which each of the defendants are liable to DeLeo for the relief herein

prayed for.

## CLAIM FOR RELIEF

## VIOLATION OF CARMACK AMENDMENT

8.     DeLeo realleges and incorporates herein by reference all preceding allegations as though fully set forth herein.

9.     DeLeo contracted with American Yacht to transport by land his vessel ("Vessel D5") from Florida to California. DeLeo delivered Vessel D5 to American Yacht in good condition. Vessel D5 had no material defects at the time.

10.    American Yacht transported Vessel D5 from Florida to California. Vessel D5 arrived in California with extensive damage, including but not limited to, damage to the paint, hull, keel, windows and numerous other parts of the vessel.

11.    DeLeo promptly filed a written claim with American Yacht after delivery of Vessel D5. DeLeo's written claim contained facts sufficient to identify the shipment of property, an assertion of liability for loss or damage, and a claim for a specified or determinable amount of money, to wit, $89,924.00, exclusive of damages for loss of use, consequential damages, costs, attorney's fees, pre-judgment interest, and punitive damages.

12.    To date, American Yacht has not paid the claim or any part thereof. Nor has American Yacht indicated whether it intends to pay the claim or any part of thereof.

13.    As a proximate result of Defendant's conduct, DeLeo has been damaged in an amount in excess of $10,000 according to proof.

## PRAYER FOR RELIEF

WHEREFORE, DeLeo prays judgment against Defendant as follows:

1.     For special damages, including, cost of repair, cost of replacement, loss of use, in excess of $10,000, according to proof;

2.     For consequential damages and other additional damages in excess of $10,000 according to proof;

3. For pre-judgment interest at the maximum allowable rate;

4. For attorney's fees according to proof;

5. For punitive and exemplary damages according to proof;

6. For costs of suit herein according to proof; and

7. For such other and further relief as the Court may deem proper.

Dated: March 20, 2008               PIERCE & SHEARER, LLP

                                    By: *Scott Berman*
                                        Scott A. Berman
                                        Attorneys for NICK DELEO

```
          UNITED STATES
          DISTRICT COURT
       SOUTHERN DISTRICT OF CALIFORNIA
             SAN DIEGO DIVISION

        # 149023      - SH

          March 21, 2008
             15:33:54


          Civ Fil Non-Pris
   USAO #.: 08CV0534
   Judge..: THOMAS J WHELAN
   Amount.:              $350.00 CK
   Check#.: BC08775



       Total-> $350.00


   FROM: DELEO V. AMERICAN YACHT TRANSP
```

%JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
NICK DELEO, an individual,

**DEFENDANTS**
AMERICAN YACHT TRANSPORT LLC, a Florida limited liability corporation, and DOES 1 through 10, Inclusive,

(b) County of Residence of First Listed Plaintiff: Los Angeles
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Broward County
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Pierce & Shearer LLP, 2483 E. Bayshore Road, Suite 202
Palo Alto, CA 94303, (650) 843-1900

Attorneys (If Known)

'08 CV 534 W JMA

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☒ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Carmack Amendment, 49 U.S.C. §§14706, et seq.
Brief description of cause:
Defendant damaged plaintiff's boat during interstate transport.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE _____ DOCKET NUMBER _____

DATE 3/20/08
SIGNATURE OF ATTORNEY OF RECORD
Scott Berman

**FOR OFFICE USE ONLY**
RECEIPT # 149023   AMOUNT $350   APPLYING IFP ____   JUDGE ____   MAG. JUDGE ____

sea 3/21/08

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I. **(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

V. **Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.**   Example:   U.S. Civil Statute: <u>47 USC 553</u>
Brief Description: <u>Unauthorized reception of cable service</u>

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.