Andrew F. Pierce, Esq. (State Bar No. 101889)
Scott A. Berman, Esq. (State Bar No. 191460)
PIERCE & SHEARER LLP
2483 E. Bayshore Road, Suite 202
Palo Alto, CA 94303
Phone (650) 843-1900
Fax  (650) 843-1999

Attorneys for Plaintiff
NICK DELEO

FILED
08 MAR 21 PM 3:17
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

NICK DELEO, an individual,

  Plaintiff,

v.

AMERICAN YACHT TRANSPORT LLC, a Florida limited liability corporation, and DOES 1 through 10, inclusive,

  Defendants.

Case No. 08 CV 534 W JMA

CERTIFICATION AND NOTICE OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Nick DeLeo, certifies that the following listed party (or paties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualifications or recusal.

| PARTY | CONNECTION |
|---|---|
| NICK DELEO | Plaintiff |
| AMERICAN YACT TRANSPORT LLC | Defendant |

Dated: March 19, 2008

PIERCE & SHEARER, LLP

By: _____
Scott A. Berman
Attorneys for NICK DELEO

NOTICE OF INTERESTED PARTIES