Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

NICK DELEO, an individual,

vs

AMERICAN YACHT TRANSPORT LLC, a Florida limited liability corporation, and DOES 1 through 10, inclusive,

**FILED**
APR 0 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

SUMMONS IN A CIVIL ACTION

Case No. 08 CV 534 W JMA

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon
PLAINTIFF'S ATTORNEY

Scott A. Berman
Pierce & Shearer LLC
2483 E. Bayshore Road, Suite 202
Palo Alto, CA 94303

An answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____W. Samuel Hamrick, Jr._____    _____4/1/08_____
CLERK                                                     DATE

By  C. PUSTMANN  , Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)                 AO-440S