Andrew F. Pierce (SBN 101889)
Scott A. Berman (SBN 191460)
PIERCE & SHEARER LLP
2483 E. Bayshore Road, Suite 202
Palo Alto, California 94303
Telephone: (650) 843-1900
Facsimile: (650) 843-1999

Attorneys for Plaintiff
NICK DELEO

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK DELEO, an individual, | Case No. 08 CV 534 W JMA |
| Plaintiff, | |
| v. | **PROOF OF SERVICE** |
| AMERICAN YACHT TRANSPORT LLC, a Florida limited liability corporation, and DOES 1 through 10, inclusive, | |
| Defendants. | |

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF CALIFORNIA

NICK DELEO, an individual                )
                             Plaintiff   )
                                         )
        -vs-                             )  08 CV 534 W JMA
                                         )  RETURN OF AUTHORIZED SERVICE
AMERICAN YACHT TRANSPORT                 )
LLC, a Florida limited liability         )  Summons, Complaint for Damages and Certificate
corporation and DOES 1 through 10,       )  and Notice of Interested Parties (Local Rule 7.1-1)
inclusive                                )
                                         )
                             Defendant ) 

Received by 1-800-SERVE-EM on April 21, 2008 at 3:05 PM to be served on AMERICAN YACHT TRANSPORT LLC, a Florida limited liability corporation, 1500 North Federal Highway Pompano, FL 33062.

I, Frances E. Dixon Broward County Process Server #620, who being duly sworn, depose and say that on April 28, 2008 at 10:43 AM, I:

Served AMERICAN YACHT TRANSPORT LLC, a Florida limited liability corporation by delivering a true copy of the Summons, Complaint for Damages and Certificate and Notice of Interested Parties (Local Rule 7.1-1) with the date and hour of service endorsed thereon by me, to Greg Wheble, authorized to accept service at 1500 North Federal Highway Pompano, FL 33062.

I am over the age of 18, have no interest in the above action, and am authorized to serve process in the county in which the process was served.

*[signature]*

Frances E. Dixon Broward County Process Server
#620
1-800-SERVE-EM
800.737.8336
Job Serial Number: 2008288366
Reference: Deleo v. American Yacht

1-800-SERVE-EM
Airport Process, Inc.