UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK DELEO, an individual, | Case No. 08-CV-0534-W (JMA) |
| Plaintiff, | **ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF TELEPHONIC CASE MANAGEMENT CONFERENCE** |
| v. | |
| AMERICAN YACHT TRANSPORT LLC, etc., et al., | |
| Defendants. | |

On June 27, 2008 at 10:00 a.m., the Court convened an Early Neutral Evaluation Conference in the above entitled action.

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, the Court issues the following orders:

1. The Rule 26(f) conference shall be completed by <u>July 28, 2008</u>;

2. All parties shall fully comply with the Initial Disclosure requirements of Rule 26(a)(1) by <u>August 11, 2008</u>;

3. A proposed joint discovery plan shall be lodged with Magistrate Judge Adler's chambers on or before <u>August 11, 2008</u> (the parties should consult Rule 26(f) for the substance of the

1  discovery plan);[1] and,

2      4.  Pursuant to Rule 16(b) of the Federal Rules of Civil
3  Procedure, a telephonic Case Management Conference shall be held
4  on **August 28, 2008** at **9:30 a.m.** before Magistrate Judge Adler.
5  All counsel and unrepresented parties shall appear telephonically
6  at this conference.  The Court will initiate the conference call.

7      Failure of any counsel or party to comply with this Order
8  will result in the imposition of sanctions.

9      **IT IS SO ORDERED.**

10 DATED:  June 27, 2008

11                                                 Jan M. Adler
12                                                U.S. Magistrate Judge

---

28  [1]The proposed joint discovery plan may be delivered directly to chambers, e-mailed to efile_adler@casd.uscourts.gov, or faxed to (619) 702-9939.