Andrew F. Pierce (SBN 101889)
Scott A. Berman (SBN 191460)
PIERCE & SHEARER LLP
2483 E. Bayshore Road, Suite 202
Palo Alto, California 94303
Telephone:   (650) 843-1900
Facsimile:   (650) 843-1999

Attorneys for Plaintiff
NICK DELEO

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK DELEO, an individual,<br><br>                    Plaintiff,<br><br>    v.<br><br>AMERICAN YACHT TRANSPORT LLC, a Florida limited liability corporation, and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No.  08 CV 534 W JMA<br><br>**JOINT RULE 26(f) PRELIMINARY REPORT AND DISCOVERY PLAN**<br><br>Date:  August 28, 2008<br>Time:  9:30 a.m.<br>Dept.:<br>Honorable Jan M. Adler |

Plaintiff Nick DeLeo ("DeLeo"or "Plaintiff") and Defendant American Yacht Transport LLC ("American Yacht" or "Defendant") hereby present this Joint Rule 26(f) Preliminary Report and Discovery Plan.

PIERCE & SHEARER LLP
2483 E. Bayshore Road, Suite 202, Palo Alto, CA  94303
PHONE (650) 843-1900 • FAX (650) 843-1999

PIERCE & SHEARER LLP
2483 E. Bayshore Road, Suite 202, Palo Alto, CA 94303
PHONE (650) 843-1900 • FAX (650) 843-1999

**(a)    Statement of the case:**

Nick DeLeo brings this action under the Carmack Amendment to the Interstate Commerce Act, 49 U.S.C. §§ 14706 *et seq.*, against American Yacht Transport LLC, a motor carrier, for the damage caused to DeLeo's vessel during American Yacht's transportation of the vessel from Florida to California.  DeLeo seeks all remedies available under the law, including without limitation, damages, cost of repair, loss of use, interest, attorney's fees, punitive damages, and costs.

**(b)    Subject matter jurisdiction:**

Nick DeLeo is, and at all relevant times, was an individual residing in the State of California.  American Yacht is, and at all times herein mentioned was, a limited liability corporation incorporated in the State of Florida with its principal place of business in Florida, in the business of interstate shipping and providing transportation services.

Nick DeLeo is a citizen of California.  American Yacht is a citizen of Florida.  This court has original jurisdiction under 28 U.S.C. § 1332, in that it is a civil action between citizens of different states in which the matter in controversy exceeds, exclusive of costs and interest, seventy-five thousand dollars ($75,000).

**(c)    Insurance:**    Defendant is insured by Northland Insurance Group.

**(d)    Motions:**

Plaintiff does not anticipate filing any motions.  Defendant intends to file

**JOINT RULE 26(F) REPORT**
**08CV0534**

1   motions for summary adjudication re attorney's fees, punitive damages, and
2
3   consequential damages.

4   **(e)    Discovery Plan:**

5       Plaintiff intends to issue document requests and interrogatories and will
6
7   likely seek the depositions of Jeff Nowitzki, his wife and American Yacht's
8   person most knowledgeable.

9       Defendants intends to seek inspection of the vessel; propound written
10
11  discovery, including Interrogatories and Request for Documents regarding
12  witnesses to the condition of the yacht before and after the incident and all
13
14  documents in support of plaintiff's damages and all work performed on the yacht;
15  and seek the depositions of Nick DeLeo, employees at Driscoll Boatyard;
16  employees at Luu Marine & Associates, Cost Estimator at California Coast Yacht
17  Service; representatives at Protective Products, Hip Wrap, and Awlgrip Paint,
18
19  individuals plaintiff retained to complete repairs to the damaged paint on his
20  yacht; employees of Dockers or other individuals at the marina in Florida who
21
22  will testify regarding the condition of plaintiff's yacht before it was transported.

23      The parties believe they can complete discovery within four months.

24      The foregoing identification of witnesses and documents is without
25  prejudice to either party's right to pursue, or to resist, the discovery listed above or
26
27
28

PIERCE & SHEARER LLP
2483 E. Bayshore Road, Suite 202, Palo Alto, CA 94303
PHONE (650) 843-1900 • FAX (650) 843-1999

**JOINT RULE 26(F) REPORT**
08CV0534

1  additional discovery upon any ground permissible under the Federal Rules of Civil

2

3  Procedure.

4  **(f)    Settlement Discussions:**

5      Plaintiff has made demands for payments over the course of the last twelve

6

7  months.  Defendant has not made a counteroffer.

8  **(g)    Trial estimate:**

9      The parties estimate the trial by jury will take less than 5 days.

10

11  **(h)    Trial counsel:**

12      Scott A. Berman, of Pierce & Shearer, LLP, for Nick DeLeo.

13      Jeffrey M. Anielski, of Osman & Associates, for American Yacht Transport,

14

15  LLC.

16

17

18  Dated:  August 14, 2008              PIERCE & SHEARER, LLP

19

20                                      By: _Scott Berman_____

21                                          Scott A. Berman
                                            Attorneys for NICK DELEO

22                                      OSMAN & ASSOCIATES

23

24  Dated:  August 14, 2008

25                                      By: _____
                                            Jeffrey M. Anielski, Esq.
26                                          Attorneys for Defendant AMERICAN
                                            YACHT TRANSPORT, LLC
27

28

---

4                                    **JOINT RULE 26(F) REPORT**
                                     08CV0534

PIERCE & SHEARER LLP
2483 E. Bayshore Road, Suite 202, Palo Alto, CA 94303
PHONE (650) 843-1900 • FAX (650) 843-1999

## PROOF OF SERVICE

I, Rita Hahn, declare as follows:

I am over eighteen years of age and not a party to the within action. I am employed in Santa Clara County, California. My business address is 2483 E. Bayshore Road, Suite 202, Palo Alto, California 94303.

On August 15, 2008, I served a copy of the following:

### JOINT RULE 26 (F) REPORT

on the parties named below as follows:

( X )  **(BY U.S. MAIL)** -by placing such copy in a sealed envelope postage thereon fully prepaid, in the United States Postal Service for collection and mailing this day in accordance with ordinary business practices at PIERCE & SHEARER LLP.

( )  **(BY PERSONAL) -** by hand delivery on the date set forth below.

( )  **(BY FACSIMILE)** by transmitting via facsimile from facsimile number (650) 843-1999 the documents(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date.

( )  **(BY OVERNIGHT DELIVERY)** by delivering to an express mail service for guaranteed next day delivery to the party(ies) indicated.

I served the above document(s) on the following person:

### SEE ATTACHED PROOF OF SERVICE MAILING LIST...

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on August 15, 2008 at Palo Alto, California.

PIERCE & SHEARER LLP
2483 E. Bayshore Road, Suite 202, Palo Alto, CA 94303
PHONE (650) 843-1900 • FAX (650) 843-1999

**JOINT RULE 26(F) REPORT**
08CV0534

## PROOF OF SERVICE MAILING LIST

| | |
|---|---|
| Jeffrey M. Anielski, Esq.<br>**OSMAN & ASSOCIATES**<br>9325 Sky Park Court, Suite 230<br>San Diego, CA  92123<br>(858) 616-6160 – Telephone<br>(858) 616-6170 - Facsimile | Attorneys for Defendant, AMERICAN YACHT TRANSPORT, LLC |

**JOINT RULE 26(F) REPORT**
08CV0534

PIERCE & SHEARER LLP
2483 E. Bayshore Road, Suite 202, Palo Alto, CA  94303
PHONE (650) 843-1900 • FAX (650) 843-1999