# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK DELEO,<br><br>                      Plaintiff,<br><br>  v.<br><br>AMERICAN YACHT TRANSPORT LLC, and DOES 1 through 10, inclusive,<br><br>                    Defendants. | CASE NO: 08-CV-534 W (LSP)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. NO. 14]** |

Pending before the Court is the parties' joint motion to dismiss this lawsuit with prejudice. Having read and considered the moving papers, and good cause appearing, the Court **GRANTS** the motion. (Doc. No. 14.)

**IT IS SO ORDERED.**

DATED: March 20, 2009

                                                              Hon. Thomas J. Whelan
                                                              United States District Judge